IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV211

| | |
|---|---|
| THOMAS KIMBLE,<br>　　　　　　Plaintiff,<br>　v.<br>WATKINS MOTOR LINES, INC.,<br>　　　　　　Defendant. | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant Watkins Motor Lines, Inc., to allow **Gary L. Edwards** to appear *Pro Hac Vice*, filed August 17, 2006 [doc. # 13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Edwards has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 18, 2006

Graham C. Mullen
United States District Judge