UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV211

| | |
|---|---|
| THOMAS KIMBLE, )<br>   Plaintiff  )<br>        )<br>vs.       )<br>         )<br>WATKINS MOTOR LINES, INC., )<br>   Defendant. ) | ORDER |

The matter is before the Court upon its own motion. The order [doc. #14] filed on August 18, 2006 was erroneously typed in chambers and forwarded to the Clerk's office.

The Court hereby rescinds the August 18, 2006 order.

Signed: August 21, 2006

Graham C. Mullen
United States District Judge